

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 28, 2007

VIA FACSIMILE
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

RECEIVED
SEP 28 2007
RICHARD J. HOLWELL

Re: **United States v. Victor Tavarez**
  07 Cr. 248 (RJH)

Dear Judge Holwell:

   Yesterday, the defendant, Victor Tavarez, was presented and arraigned on S3 07 Cr 248 in Magistrate court. The next pre-trial conference in this case is October 26, 2007. Time has already been excluded under the Speedy Trial Act as to the other defendants, Miguel Guerrero, Reuben Alvarez, Alfred Glover, Douglas Bond, and Marcus Golver until October 26, 2007.

   Accordingly, the Government respectfully requests, with defense counsel Nancy Lee Ennis' consent, that the Court exclude time under the Speedy Trial Act from September 27th, 2007 until October 26, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

*[Handwritten: Application Granted. Time is excluded under the STA from today to 10/26/07 to permit defendant the opportunity to review discovery and to properly prepare his defense. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and public in a speedy trial. SO ORDERED. [signature] USDJ 9/28/07]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____Arianna Berg_____
   Arianna R. Berg
   Assistant United States Attorney
   (212) 637-2551

cc: Nancy Lee Ennis, Esq. (by fax)

TOTAL P.02