UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

MIGUEL GUERRERO,
  a/k/a "Luis Noel Torres Rosa,"
  a/k/a "Jose Melo,"
  a/k/a "Papi,"
  a/k/a "Tio,"
  a/k/a "Carlos,"
REUBEN ALVAREZ,
  a/k/a "Dae,"
  a/k/a "Estos Brown,"
ALFRED GLOVER,
  a/k/a "James,"
  a/k/a "Broadway,"
DOUGLAS BOND,
  a/k/a "Moe," and
MARCUS GLOVER,
  a/k/a "Mike,"
VICTOR TAVAREZ,
  a/k/a "Vitin,"

        07 Cr. 248 (RJH)

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ARIANNA R. BERG ON BEHALF OF THE UNITED STATES

    The Government respectfully submits this Notice that the undersigned Assistant United States Attorney will now be representing the Government in the above-referenced matter, along with Assistant United States Attorney Jesse M. Furman.

1

Dated: New York, New York
October 4, 2007

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney


By:    s/Arianna Berg
        Arianna R. Berg
        Assistant United States Attorney
        United States Attorney's Office,
        Southern District of New York
        One St. Andrew's Plaza
        New York, New York 10007
        (212) 637-2551 (phone)
        (212) 637-2387 (fax)

CERTIFICATE OF SERVICE

Arianna R. Berg deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on October 4, 2007, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ARIANNA R. BERG ON BEHALF OF THE UNITED STATES by electronic filing notification:


Margaret M. Shalley, Esq.
Fasulo, Shalley & DiMaggio, LLP
225 Broadway, Suite 715
New York, NY 10007

Jeffrey G. Pittell, Esq.
299 East Shore Road
Great Neck, NY 11023

Neil Bruce Checkman, Esq.
11 Broadway, Suite 1305
New York, NY 10007

Winston Lee, Esq.
20 Vesey Street, Suite 400
New York, NY 10007

Nancy Lee Ennis
Quijano & Ennis
381 Park Avenue South, Suite 701
New York, NY 10016

Ellyn Bank, Esq.
225 Broadway, Suite 715
New York, NY 10007

      I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

<u>s/Arianna Berg</u>  
Arianna R. Berg

Executed on: October 4, 2007  
                New York, New York